# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**FILED**
MAR 15 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Edward Lee Humes
Plaintiff

v.

Williams Chicken, Westend Station
Defendant

Civil Action No. 3-24CV-640-X

## COMPLAINT

I walked in with my serice dog, waited in line and while in line a big black guy came from the kitchen and told me to get outta here with that dog! I tried to explain to him that he's a service dog. he said where's your card, I tried to tell him the ADA stopped that, and they changed the rules, They still made me get out, me + my service dog. Please Help

\* Attach additional pages as needed.

Date: 02-23-24
Signature: E.L. Hu...
Print Name: Edward Lee Humes
Address: 11802 Fremont Ave.
City, State, Zip: K.C. M.O 64134
Telephone: 816-490-8404

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Edward Lee Humes

**(b)** County of Residence of First Listed Plaintiff: Dallas County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Williams Chicken by Westend Station

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED MAR 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
3-24-cv-640-X

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

[440 Other Civil Rights — checked]

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Service Dog Violations

Brief description of cause: I walked in with my service dog and was told to leave, no service

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 37.5 Million
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

FROM:

Mr. Edward L. Humes
11802 Fremont Ave
K.C. M.O 64134

Retail  75242 $3.79

U.S. POSTAGE PAID
FCM LG ENV
KANSAS CITY, MO 64131
MAR 11, 2024

RDC 99    R2304M111425-21

TO:

U.S District Court
office of the Clerk
1100 Commerce St. Rm 1452
Dallas, TX 75242

X-RAY

Photo Document Mailer
9 3/4" x 12 1/4"

ReadyPost