IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD LEE HUMES, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:24-CV-0640-X |
| WILLIAMS CHICKEN, WESTEND STATION, | § § § § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 22nd day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE